Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 13−23666−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Lucanto
   20 Joan Place
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−4700

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      7/6/17
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman

COMMISSION OR FEES
$1100.00

EXPENSES
$

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 6, 2017
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Lucanto  
    Debtor

Case No. 13-23666-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jun 06, 2017  
                      Form ID: 137     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2017.

```
db             +Anthony Lucanto,    20 Joan Place,    Haledon, NJ 07508-2504
cr             +Bank of the West,    c/o Schiller & Knapp, LLP,    950 New Loudon Road, Suite 109,
                 Latham, NY 12110-2131
514022572      +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
514022573      +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
514245444       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514022574      +American Express Legal,    P.O. Box 278,    Ramsey, NJ 07446-0278
514022576     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    P.O. Box 982236,    El Paso, TX 79998)
514022577      +Bank Of America,    201 N Tryon St,    Charlotte, NC 28202-3252
514022578      +Bank of America,    P.O. Box 45224,    Jacksonville, FL 32232-5224
514127587      #Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
514022579      +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
514022582     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital 1 Bank,    Po Box 85520,    Richmond, VA 23285)
514022589     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
514022581      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
514022583      +Cb/frtnoff,    Po Box 182273,    Columbus, OH 43218-2273
514022584      +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
514022587      +Chase Mht Bk,    Po Box 15298,    Wilmington, DE 19850-5298
514022585      +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
514022590      +Citibank Sd, Na,    Po Box 6241,    Sioux Falls, SD 57117-6241
514022591      +Essex Credit Corp,    12677 Alcosta Blvd Ste 200,    San Ramon, CA 94583-4423
514022592      +Passaic County Probation,    100 Hamilton Street,    Paterson, NJ 07505-2039
514022593      +Rose Toth,    27 Scrivens Place,    Totowa, NJ 07512-2621
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2017 22:26:53     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2017 22:26:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514133573      +E-mail/Text: bncmail@w-legal.com Jun 06 2017 22:27:02     ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514165744      +E-mail/Text: bknotices@bankofthewest.com Jun 06 2017 22:27:07     Bank of the West,
                 2527 Camino Ramon,    San Ramon, CA 94583-4213
514215078       E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2017 22:22:58      GE Capital Retail Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
514255507      +E-mail/Text: bncmail@w-legal.com Jun 06 2017 22:27:17     OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514302187       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2017 22:57:03
                 Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
                 Norfolk VA 23541
                                                                                              TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514022575*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
514022580*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
514022588*     +Chase Mht Bk,    Po Box 15298,    Wilmington, DE 19850-5298
514022586*     +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
514082972     ##+BANK OF AMERICA, N.A.,    400 National Way,    Bankruptcy Department Mail Stop CA6-919-,
                 Simi Valley, CA 93065-6414
                                                                                 TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2            User: admin                Page 2 of 2                  Date Rcvd: Jun 06, 2017
                                Form ID: 137               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                               Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2017 at the address(es) listed below:

```
          David G. Beslow    on behalf of Debtor Anthony   Lucanto yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark  Goldman    on behalf of Debtor Anthony   Lucanto yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
          Young-Lynn Lee    on behalf of Creditor    Bank of the West ylee@schillerknapp.com,
           kcollins@schillerknapp.com
                                                                                              TOTAL: 6
```