UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, NJ 07017
(973) 677-9000

Mark Goldman, Esq. # MG8019
Attorney for Debtor(s)

Order Filed on July 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony Lucanto

Case No.:    13-23666

Chapter:    13

Judge:    VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 13, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Goldman & Beslow, LLC_____, the applicant, is allowed a fee of $ _____1100.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____1100.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,177.00_____ per month for _____12_____ months to allow for payment of the above fee.

*rev.8/1/15*